Case: 4:22-cv-00380-MTS   Doc. #:  1-3   Filed: 04/01/22   Page: 1 of 14 PageID #: 8



**Search for Cases by:** Select Search Method...

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print                    GrantedPublicAccess  Logoff KEVINEMYERS

**22SL-CC01236 - VINITA WILLIAMS V SAFECO INSURANCE COMPANY OF ILLI (E-CASE)**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending   ○ Ascending          Display Options: All Entries

---

**03/04/2022**  ☐ **Notice of Service**
Return of Service for Defendant Safeco.
    **Filed By:** WILLIAM BRET SULLIVAN
    **On Behalf Of:** VINITA WILLIAMS

☐ **Agent Served**
Document ID - 22-SMCC-1823; Served To - SAFECO INSURANCE COMPANY OF ILLINOIS; Server - ; Served Date - 03-MAR-22; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

**03/01/2022**  ☐ **Summons Issued-Circuit**
Document ID: 22-SMCC-1823, for SAFECO INSURANCE COMPANY OF ILLINOIS.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**02/28/2022**  ☐ **Filing Info Sheet eFiling**
    **Filed By:** WILLIAM BRET SULLIVAN

☐ **Motion Special Process Server**
Request for Appointment of Process Server.
    **Filed By:** WILLIAM BRET SULLIVAN

☐ **Confid Filing Info Sheet Filed**
Confidential Case Filing Information Sheet.
    **Filed By:** WILLIAM BRET SULLIVAN

☐ **Pet Filed in Circuit Ct**
Petition.
    **Filed By:** WILLIAM BRET SULLIVAN

☐ **Judge Assigned**
DIV 4

---

Case.net Version 5.14.50                    Return to Top of Page                    Released 03/10/2022

EXHIBIT A

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| **VINITA WILLIAMS**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. _____ |
| | ) | |
| **SAFECO INSURANCE COMPANY** | ) | Personal Injury - Vehicular |
| **OF ILLINOIS**, | ) | |
| | ) | JURY TRIAL DEMANDED |
| <u>Serve</u>:  CSC-Lawyers Incorporating Service | ) | |
|          221 Bolivar Street | ) | |
|          Jefferson City, MO 65101 | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR DAMAGES**

**COMES NOW** Plaintiff, Vinita Williams (hereinafter "Plaintiff"), by and through the undersigned counsel of record, and for her cause of action against Defendant SafeCo Insurance Company of Illinois (hereinafter "Defendant SafeCo"), states to the Court as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. That at all times herein mentioned Plaintiff was a lawful resident of St. Louis County, Missouri.

2. That at all times herein mentioned, Defendant SafeCo was and is an Illinois Corporation that is registered to and does do business in the State of Missouri. Defendant SafeCo has offices and agents for the transaction of its ordinary and normal business of writing and binding insurance policies in the County of St. Louis and can be served through its registered agent in Jefferson City, Missouri.

3. That venue is proper pursuant to Mo. Rev. Stat. §508.010 insofar that the crash which gave rise to Plaintiff's injuries occurred in St. Louis County, Missouri.

4. Plaintiff's claim for damages against Defendant exceeds Twenty-Five Thousand Dollars ($25,000.00). Furthermore, Plaintiff does not seek and will not accept damages equal to or exceeding Seventy-Five Thousand Dollars ($75,000.00). Thus, jurisdiction is proper in this Circuit Court.

## FACTUAL ALLEGATIONS

5. That on or about December 15, 2019, Plaintiff was the lawful operator of a 2012 Chevrolet Impala.

6. That on or about December 15, 2019, Plaintiff was operating her vehicle on West Florissant Avenue, waiting at a stop light at the intersection of Festival Drive, an open and public roadway within St. Louis County.

7. That on or about December 15, 2019, Ms. Shapria Odom was operating her vehicle, a 2017 Chevrolet Impala, on West Florissant Avenue.

8. At this time, Ms. Odom operated her vehicle in such a way so as to collide directly into the rear of Plaintiff's vehicle.

9. That at the time of this incident, Ms. Odom was operating her vehicle without any applicable insurance policy.

10. That at the time of this incident, Plaintiff was an insured under a policy of uninsured motorist insurance coverage through a contract with Defendant SafeCo, policy number Z4937199, providing uninsured motorist coverage in the amount of $50,000.00 per person and $100,000.00 per incident.

11. As a result of this collision, Plaintiff sustained serious bodily injures to her back and neck that required extensive and costly medical and therapeutic treatment, as well as emotional damage and mental distress.

12. On October 20, 2020, Plaintiff sent her Claim for Payment for the uninsured motorist policy limits of $50,000.00 to SafeCo, including a copy of the police report showing that Plaintiff was not at fault, a copy of the medical records and bills totaling nearly $14,000.00 that Plaintiff incurred, and Plaintiff's related wage loss information.

13. On November 9, 2020, Defendant SafeCo sent a letter claiming to have reviewed Plaintiff's medical treatment and injuries and made an insufficient offer of $1,258.24.

14. Plaintiff has complied with all of Defendant SafeCo's requests, pursuant to her duties under the terms of the contract, and has made all payments for uninsured motorist coverage under the policy in a timely manner.

15. Defendant SafeCo has failed to comply with its duties under the terms of the insurance contract in the ways set forth herein.

## COUNT I – BREACH OF CONTRACT
### (Defendant SafeCo)

16. Plaintiff reincorporates and re-alleges the above paragraphs as if fully set forth herein.

17. Plaintiff is a beneficiary under the terms of the aforesaid policy of insurance with Defendant SafeCo and is entitled to receive payment of any and all proceeds due under the terms of the aforesaid policies of insurance for the losses sustained as described herein.

18. Plaintiff was involved in a motor vehicle collision through no fault of her own with Ms. Odom, an uninsured motorist. As a direct and proximate result of the aforesaid occurrence, Plaintiff sustained serious bodily injuries to her neck and back, including a cervical strain and a circumferential disc bulge at L4-L5 and L5-S1, sustained pain and suffering in the past and has suffered and will continue to experience pain and suffering in the future, has been caused to

undergo extensive and costly medical and therapeutic treatment, has suffered mental and emotional distress, and has suffered an impaired and diminished capacity for work, labor, and pleasure.

19. Plaintiff has in all respects complied with the terms and conditions of said policy of insurance and furnished to Defendant SafeCo due notice of Plaintiff's claim.

20. Defendant SafeCo has failed to comply with the terms and conditions of said policy and refused to pay, and still fails and refuses to pay, to Plaintiff the amounts due under the terms of the policies of insurance, or any part thereof.

21. That Plaintiff is entitled to the underinsured motorist proceeds described herein and Defendant SafeCo is in breach of contract for failure to perform according to the terms of the contract for insurance referenced herein.

WHEREFORE, Plaintiff prays judgment against Defendant SafeCo for Count I in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), yet does not seek and will not accept an amount equal to or in excess of Seventy-Five Thousand Dollars ($75,000.00), for her costs herein incurred, and for such other and further relief as the Court deems just and proper under the circumstances.

### COUNT II – VEXATIOUS REFUSAL
**(Defendant SafeCo)**

22. Plaintiff reincorporates and re-alleges the above paragraphs as if fully set forth herein.

23. Due demand has been made on Defendant Safeco on October 20, 2020 by the Plaintiff to pay the full amount of the uninsured motorist policy.

24. Within this demand for payment, Plaintiff outlined the full extent and severe nature of the injuries she sustained as a result of the incident on December 15, 2019, as further detailed above.

4

25. Plaintiff attached her medical records and bills verifying the severe nature of her injuries, as well as her lost wages, within the demand for payment.

26. Without explanation, Defendant SafeCo has wrongfully refused to pay to Plaintiff an amount sufficient cover the reasonable cost of her injuries for this underinsured motorist claim.

27. This refusal to make payment to Plaintiff pursuant to the policy provision of the automobile liability insurance is vexatious in nature to the extent to justify and cause an award of additional amounts to the Plaintiff for the delay and refusal and for the attorney's fees related to this action pursuant to MO. REV. STAT. §375.296 and §375.420.

WHEREFORE, Plaintiff prays judgment against Defendant SafeCo for Count II in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00), yet does not seek and will not accept an amount equal to or in excess of Seventy-Five Thousand Dollars ($75,000.00), for her costs herein incurred, and for such other and further relief as the Court deems just and proper under the circumstances.

**PAGE LAW, LLC**

/s/ W. Bret Sullivan
Anna M. Lammert, # 64972
W. Bret Sullivan, #73967
9930 Watson Road, Suite 100
St. Louis, MO 63126
P: (314)-835-5806
F: (314)-835-5899
E: anna@pagelaw.com
    bret@pagelaw.com
***Attorneys for Plaintiff***

Dated: 2/28/2022

**22SL-CC01236**

Electronically Filed - St Louis County - February 28, 2022 - 10:04 AM

**In the**

# CIRCUIT COURT
## Of St. Louis County, Missouri

Vinita Williams
Plaintiff/Petitioner

vs.

Safeco Insurance Company of Illinois
Defendant/Respondent

Date: February 28, 2022

Case Number: _____

Division: _____

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now **Plaintiff** (Requesting Party), pursuant to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

Tim, Moore, Pro Serve — 6614 Clayton Road, #311, St. Louis, MO 63117 — 314-961-2222
Name of Process Server / Address / Telephone

_____ / _____ / _____
Name of Process Server / Address or in the Alternative / Telephone

_____ / _____ / _____
Name of Process Server / Address or in the Alternative / Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

**SERVE:**
Name: SafeCo Insurance Company of Illinois
Address: SERVE: CSC-Lawyers Incorporating Service
City/State/Zip: 221 Bolivar Street, Jefferson City, MO 65101

**SERVE:**
Name: _____
Address: _____
City/State/Zip: _____

**SERVE:**
Name: _____
Address: _____
City/State/Zip: _____

**SERVE:**
Name: _____
Address: _____
City/State/Zip: _____

Appointed as requested:
**JOAN M. GILMER,** Circuit Clerk

By _____
Deputy Clerk

Date _____

/s/ W. Bret Sullivan
Signature of Attorney/Plaintiff/Petitioner
#73967
Bar No.
9930 Watson Road, #100, St. Louis, MO 63126
Address
(314) 835-5800                (314) 835-5899
Phone No.                              Fax No.

CCADM62-WS    Rev. 07/19

Local Rule 28.  SPECIAL PROCESS SERVERS

(1) Any Judge may appoint a Special Process Server in writing in accordance with the law and at the risk and expense of the requesting party except no special process server shall be appointed to serve a garnishment [except as allowed by Missouri Supreme Court Rule 90.03(a)].

This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

(2) The Circuit Clerk may appoint a natural person other than the Sheriff to serve process in any cause in accordance with this subsection;

(A) Appointments may list more than one server as alternates.

(B) The appointment of a person other than the Sheriff to serve process shall be made at the risk and expense of the requesting party.

(C) Any person of lawful age, other than the Sheriff, appointed to serve process shall be a natural person and not a corporation or other business association.

(D) No person, other than the Sheriff, shall be appointed to serve any order, writ or other process which requires any levy, seizure, sequestration, garnishment, [except as allowed by Missouri Supreme Court Rule 90.03(a)], or other taking.

(E) Requests for appointment of a person other than the Sheriff to serve process shall be made on a "Request for Appointment of Process Server" electronic form, which may be found on the Court's Web Site, https://wp.stlcountycourts.com > forms.

(F) This appointment as Special Process Server does not include the authorization to carry a concealed weapon in the performance thereof.

SERVICE RETURN

Any service by the St. Louis County Sheriff's Office shall be scanned into the courts case management system.  Any service by another Sheriff or a Special Process Server or any other person authorized to serve process shall return to the attorney or party who sought service and the attorney shall file the return electronically to the Circuit Clerk.

Electronically Filed - St Louis County - February 28, 2022 - 10:04 AM



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>JOSEPH SHOCKLEE DUEKER | Case Number: 22SL-CC01236 |
|---|---|
| Plaintiff/Petitioner:<br>VINITA WILLIAMS | Plaintiff's/Petitioner's Attorney/Address<br>WILLIAM BRET SULLIVAN<br>1226 OLIVE ST UNIT 718<br>SAINT LOUIS, MO  63103 |
| vs. | |
| Defendant/Respondent:<br>SAFECO INSURANCE COMPANY OF ILLINOIS | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** SAFECO INSURANCE COMPANY OF ILLINOIS
**Alias:**
**SERVE: CSC-LAWYERS INC.SERVICE**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO  65101**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

__01-MAR-2022__   _____
   Date                                                                                                                                      Clerk

**Further Information:**
JS

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____(title).
☐ other _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                        _____
Printed Name of Sheriff or Server                        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

(Seal)   Subscribed and sworn to before me on _____ (date).

My commission expires: _____   _____
                                                Date                                                        Notary Public

**Sheriff's Fees, if applicable**
Summons                       $_____
Non Est                          $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $____10.00____
Mileage                          $_____ (_____ miles @ $._____ per mile)
**Total**                          $_____

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 22-SMCC-1823**     1     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                                        54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

# NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place.  This is often true even when the parties initially believe that settlement is not possible.  A settlement reduces the expense and inconvenience of litigation.  It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost.  Often such services are most effective in reducing costs if used early in the course of a lawsuit.  Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so.  In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below.   These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended.  Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not.  **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits.  Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party.  The services are provided by individuals and organizations who may charge a fee for this help.  Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case.  The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit.  An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties.  The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement.  An effective mediator may offer solutions that have not been considered by the parties or their lawyers.  A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: **Document ID# 22-SMCC-1823**     2     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73

# County Satellite Court Now Open in St. Ann
**Hours: Mon-Fri  8:30 a.m. to 5:00 p.m.   FREE PARKING**

For the convenience of North County residents, a satellite branch of the St. Louis County Circuit Court is now open at the St. Louis County Government Center Northwest at the 715 Northwest Plaza Drive in St. Ann.

**Attending Court Hearings Remotely using E-Courts**

If you are scheduled to appear in court, you can access the courtroom remotely using the public computer stations (E-courts) in St. Ann and Clayton. These are available for use when courtroom access is restricted due to the pandemic.

**Please note:** Hearings for juvenile and paternity cases are confidential, and can only be accessed from the Clayton E-court at this time.

**Be sure to bring your paperwork with you; you will need your case number, as well as the date, time and number of the Division where you are scheduled to appear.**

**Filing Pleadings/New Petitions**

If you are representing yourself, you may file your paperwork at the St. Ann satellite court, in addition to the Clayton courthouse, using the secure drop box located inside the Court reception area.

**Filing Orders of Protection**

Starting March 1, you may file for an Order of Protection at the Adult Abuse office in the St. Ann satellite court, in addition to the Clayton courthouse.  Clerks will be available on-site to help you fill out and file the necessary paperwork.

**For more information call: 314-615-8029**



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: | Case Number: 22SL-CC01236 |
|---|---|
| JOSEPH SHOCKLEE DUEKER | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| VINITA WILLIAMS | WILLIAM BRET SULLIVAN |
| | 1226 OLIVE ST UNIT 718 |
| vs. | SAINT LOUIS, MO 63103 |
| Defendant/Respondent: | Court Address: |
| SAFECO INSURANCE COMPANY OF ILLINOIS | ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit: | 105 SOUTH CENTRAL AVENUE |
| CC Pers Injury-Vehicular | CLAYTON, MO  63105 |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: SAFECO INSURANCE COMPANY OF ILLINOIS
                        Alias:
SERVE: CSC-LAWYERS INC.SERVICE
221 BOLIVAR STREET
JEFFERSON CITY, MO  65101



COURT SEAL OF
ST. LOUIS COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
    SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

01-MAR-2022
Date

_/s/ Joan M. Gilmer_
Clerk

Further Information:
JS

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person at least 18 years of age residing therein.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
__Shelly Lewis_____ (name) __Processor_____ (title).
☐ other _____
Served at __221 Bolivar St. #106, Jefferson City_____ (address)
in __Cole_____ (County/City of St. Louis), MO, on __3-3-2022__ (date) at __10:25__ (time).
__Stephen R. Waters_____          __/s/ Stephen R. Waters_____
Printed Name of Sheriff or Server              Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on __March 3, 2022__ (date).
(Seal)
My commission expires: __11-1-24__          __/s/ Lisa G. Gerbes__
                        Date                    Notary Public

LISA G GERBES
Notary Public - Notary Seal
STATE OF MISSOURI
Cole County
My Commission Expires: Nov. 1, 2024
Commission #20143368

Sheriff's Fees, if applicable
Summons              $_____
Non Est              $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $__10.00__
Mileage              $_____ (_____ miles @ $._____ per mile)
Total                $_____
A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) For Court Use Only: Document ID# 22-SMCC-1823    1    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                                              54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - St Louis County - March 04, 2022 - 01:51 PM



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: | Case Number: 22SL-CC01236 |
|---|---|
| JOSEPH SHOCKLEE DUEKER | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address |
| VINITA WILLIAMS | WILLIAM BRET SULLIVAN |
| | 1226 OLIVE ST UNIT 718 |
| vs. | SAINT LOUIS, MO  63103 |
| Defendant/Respondent: | Court Address: |
| SAFECO INSURANCE COMPANY OF ILLINOIS | ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit: | 105 SOUTH CENTRAL AVENUE |
| CC Pers Injury-Vehicular | CLAYTON, MO  63105 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:   SAFECO INSURANCE COMPANY OF ILLINOIS
                Alias:
SERVE: CSC-LAWYERS INC.SERVICE
221 BOLIVAR STREET
JEFFERSON CITY, MO  65101

**COURT SEAL OF**



**ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

01-MAR-2022
Date                                                                                   Clerk

Further Information:
JS

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
 _____ a person at least 18 years of age residing therein.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
 _____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____           _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
                    Subscribed and sworn to before me on _____ (date).
     (Seal)         My commission expires: _____
                                               Date                                Notary Public

**Sheriff's Fees, if applicable**
Summons                  $_____
Non Est                  $_____
Sheriff's Deputy Salary
 Supplemental Surcharge  $    10.00
Mileage                  $_____  (_____ miles @ $._____ per mile)
**Total**                $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only*: Document ID# 22-SMCC-1823    1    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                                              54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo